UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>AUSTAL LIMITED AND AUSTAL USA, LLC,<br><br>Defendants. | Civil Action No. 24-cv-00307 |

**ORDER ESTABLISHING A FAIR FUND, APPOINTING A TAX ADMINISTRATOR AND AUTHORIZING THE SEC TO APPROVE PAYMENT OF THE TAX OBLIGATIONS OF THE FAIR FUND AND THE RELATED FEES AND EXPENSES OF THE TAX ADMINISTRATOR WITHOUT FURTHER COURT ORDER**

The Court, having reviewed the Motion of Plaintiff Securities and Exchange Commission ("SEC") to establish a Fair Fund pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002 [15 U.S.C. 7246(a)], for the amount of $24,165,681.35 (including accrued interest) paid by the Defendants in satisfaction of the civil penalties ordered by the Court, and any future funds that will be paid by the Defendants and added to the Fair Fund, to appoint Miller Kaplan Arase LLP ("Miller Kaplan") as tax administrator ("Tax Administrator"), and authorize payment of the tax obligations and related fees and expenses of the Tax Administrator (the "Motion") and for good cause shown,

    **IT IS HEREBY ORDERED:**

    1.    The Motion is GRANTED.

    2.    A Fair Fund is established.

    3.    Miller Kaplan is appointed Tax Administrator to execute all income tax reporting

requirements, including the preparation and filing of tax returns, for all funds under the Court's jurisdiction in this case (the "Fair Fund").

4. Miller Kaplan shall take the necessary steps to be designated the Tax Administrator of the Fair Fund, pursuant to Section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, and shall satisfy the administrative requirements imposed by those regulations, including but not limited to (a) obtaining a taxpayer identification number, (b) filing applicable federal, state, and local tax returns and paying taxes reported thereon out of the Fair Fund, and (c) satisfying any information, reporting, or withholding requirements imposed on distributions from the Fair Fund. Upon request, the Tax Administrator shall provide copies of any filings to the SEC's counsel of record.

5. The Tax Administrator shall, at such times as the Tax Administrator deems necessary to fulfill the tax obligations of the Fair Fund, submit a request to the SEC's counsel of record for payment from the Fair Fund of any tax obligations of the Fair Fund.

6. The Tax Administrator shall be entitled to charge reasonable fees for tax compliance services and related expenses in accordance with its agreement with the SEC for the Tax Year 2026. The Tax Administrator shall, at such times as the Tax Administrator deems appropriate, submit a request to the SEC's counsel of record for payment of fees and expenses from the Fair Fund.

7.   The SEC is authorized to approve and arrange payment of all tax obligations owed by the Fair Fund and the fees and expenses of the Tax Administrator directly from the Fair Fund without further approval of this Court. All payments for taxes and the fees and expenses of the Tax Administrator shall be reported to the Court in a final accounting.

**DONE and ORDERED** this 26th day of February, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE